# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JONATHAN CARRILLO,

    Plaintiff,

      v.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

No. 2:25-cv-12388-FWS-DTB

JUDGMENT

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, the court **ADJUDGES AND DECREES** that judgment is entered for Plaintiff.

Dated:  June 12, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

-1-